Certificate Number: 15317-ILN-DE-035085459

Bankruptcy Case Number: 20-81731



15317-ILN-DE-035085459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 13, 2020</u>, at <u>4:23</u> o'clock <u>PM PST</u>, <u>Viola I Smothermon</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>November 13, 2020</u>          By:     <u>/s/Julie Dumlao</u>

Name:  <u>Julie Dumlao</u>

Title:  <u>Counselor</u>